UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRENCHY'S CORPORATE, INC.,

    Plaintiff,
v.                              Case No. 8:18-cv-425-T-33JSS

FRENCHY'S PIZZERIA & TAVERN,
INC., ET AL.,

    Defendants.
_____/

## **ORDER**

This cause is before the Court pursuant Plaintiff's Motion to Re-Open Case and for Order to Show Cause why Frenchy's Pizzeria & Tavern, Inc., Mark C. Spier and Andrea French should not be Held in Civil Contempt for Violating the Court's Order Granting a Permanent Injunction (Doc. # 27), which was filed on April 23, 2018.

Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court may designate a Magistrate Judge to conduct hearings and to submit to the Court proposed findings of fact and recommendations for the disposition of such a motion. For purposes of judicial economy and in order to expedite the disposition of this motion, the Court shall so refer the aforementioned motion.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

Plaintiff's Motion to Re-Open Case and for Order to Show Cause why Frenchy's Pizzeria & Tavern, Inc., Mark C. Spier and Andrea French should not be Held in Civil Contempt for Violating the Court's Order Granting a Permanent Injunction (Doc. # 27) is hereby referred to the Honorable Julie S. Sneed, United States Magistrate Judge, for the issuance of a report and recommendation, including any hearings, motions, and deadlines related thereto.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 24th day of April, 2018.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE